HONORE PALMER and Another, as Trustees, etc., of BERTHA HONORE PALMER, Deceased, Respondents, v. JOHN T. BROOK, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with

---

* Revd., 255 N. Y. 402.

leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.